DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALISON MARINO,**
Appellant,

v.

**CHAD MARINO,**
Appellee.

No. 4D2023-0396

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. FMCE21-015703.

Jonathan Mann and Robin I. Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellant.

Amanda B. Haberman and Liliana Loebl of Kaplan Loebl, LLC, Aventura, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***